**Order filed September 12, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00051-CV

_____

**JACK LEE BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JACK LEE BISHOP TRUST, Appellant**

**V.**

**JOEL BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JAY D. BISHOP TRUST AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF JAY D. BISHOP, DECEASED, ET AL., Appellees**

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CV32823**

### O R D E R

Appellant has filed in this court a motion to stay. Appellant indicates that a second mediation session would be beneficial and that Appellees are not opposed to the stay. The Honorable Judge Jerry Ray has agreed to mediate this case sometime

during October 2019. We grant the motion to stay and abate the appeal so that the parties may continue their efforts to settle the controversy.

This appeal is now abated pending mediation, which is to be conducted on or before October 31, 2019, with Judge Jerry Ray. The parties are instructed to notify this court of the mediation results within ten days of the completion of mediation. If mediation fully resolves the issues in this appeal, the parties shall file a joint motion in accordance with TEX. R. APP. P. 42.1(a)(2).

PER CURIAM

September 12, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.